# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61616-Civ-Cohn/Seltzer

PATRICK M. HINES,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

PROPOSED JURY INSTRUCTION No. 1
(Nature of the Action)

    Plaintiff Patrick M. Hines brings this action against Defendant, CMRE Financial Services, Inc., for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. which, for convenience, we will refer to as the "TCPA."

    The TCPA prohibits any person from making any call, other than a call made for emergency purposes or made with the prior express consent of the called party, using any automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service.

Authority: 47 U.S.C §227

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

PROPOSED JURY INSTRUCTION No. 2
(11th Pattern Instruction No. 2.2)
(Consideration Of The Evidence
Duty To Follow Instructions
Corporate Party Involved)

In deciding the case you must follow and apply all of the law as we explain it to you, whether you agree with that law or not; and you must not let your decision be influenced in any way by sympathy, or by prejudice, for or against anyone.

The fact that a corporation is involved as a party must not affect your decision in any way. A corporation and all other persons stand equal before the law and must be dealt with as equals in a court of justice. When a corporation is involved, of course, it may act only through people as its employees; and, in general, a corporation is responsible under the law for any of the acts and statements of its employees that are made within the scope of their duties as employees of the company.

In your deliberations you should consider only the evidence - -that is, the testimony of the witnesses and the exhibits we have admitted in the record - - but as you consider the evidence, both direct and circumstantial, you may make deductions and reach conclusions which reason and common sense lead you to make. "Direct evidence" is the testimony of one who asserts actual knowledge of a fact, such as an eye witness. "Circumstantial evidence" is proof of a chain of facts and circumstances tending to prove, or disprove, any fact in dispute. The law makes no distinction between the weight you may give to either direct or circumstantial evidence.

Remember that anything the lawyers say is not evidence in the case. And, except for our instructions to you on the law, you should disregard anything we may have said during the trial in arriving at your decision concerning the facts. It is your own recollection and interpretation of the evidence that controls.

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

PROPOSED JURY INSTRUCTION No. 3
(11th Pattern Instruction No. 3)
(Credibility of Witnesses)

Now, in saying that you must consider all of the evidence, we do not mean that you must accept all of the evidence as true or accurate. You should decide whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. Also, the number of witnesses testifying concerning any particular dispute is not controlling.

In deciding whether you believe or do not believe any witness we suggest that you ask yourself a few questions: Did the witness impress you as one who was telling the truth? Did the witness have any particular reason not to tell the truth? Did the witness have a personal interest in the outcome of the case? Did the witness seem to have a good memory? Did the witness have the opportunity and ability to observe accurately the things he or she testified about? Did the witness appear to understand the questions clearly and answer them directly? Did the witness' testimony differ from other testimony or other evidence?

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

PROPOSED JURY INSTRUCTION NO. 4
(11th Pattern Instruction No. 4.1)
(Impeachment Of Witnesses
Inconsistent Statement)

You should also ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact; or, whether there was evidence that at some other time the witness said or did something, or failed to say or do something, which was different from the testimony the witness gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people naturally tend to forget some things or remember other things inaccurately. So, if a witness has made a misstatement, you need to consider whether that misstatement was simply an innocent lapse of memory or an intentional falsehood; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

PROPOSED JURY INSTRUCTION NO. 5
(11th Pattern Instruction No. 6.2)
(Burden Of Proof
When There Are Multiple Claims Or
When Both Plaintiff and Defendant Or
Third Parties Have Burden Of Proof)

In this case each party asserting a claim or a defense has the responsibility to prove every essential part of the claim or defense by a "preponderance of the evidence." This is sometimes called the "burden of proof" or the "burden of persuasion."

A "preponderance of the evidence" simply means an amount of evidence that is enough to persuade you that a claim or contention is more likely true than not true.

When more than one claim is involved, and when more than one defense is asserted, you should consider each claim and each defense separately; but in deciding whether any fact has been proved by a preponderance of the evidence, you may consider the testimony of all of the witnesses, regardless of who may have called them, and all of the exhibits received in evidence, regardless of who may have produced them. If the proof fails to establish any essential part of a claim or contention by a preponderance of the evidence you should find against the party making that claim or contention.

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

7

PROPOSED JURY INSTRUCTION NO. 6
(11th Pattern Instruction No. 7.1)
(Duty to Deliberate
When Only the Plaintiff Claims Damages)

Of course, the fact that we have given you instructions concerning the issue of Plaintiff's damages should not be interpreted in any way as an indication that we believe that the Plaintiff should, or should not, prevail in this case.

Any verdict you reach in the jury room must be unanimous. In other words, to return a verdict you must all agree. Your deliberations will be secret; you will never have to explain your verdict to anyone.

It is your duty as jurors to discuss the case with one another in an effort to reach agreement if you can do so. Each of you must decide the case for yourself, but only after full consideration of the evidence with the other members of the jury. While you are discussing the case do not hesitate to re-examine your own opinion and change your mind if you become convinced that you were wrong. But do not give up your honest beliefs solely because the others think differently or merely to get the case over with.  Remember, that in a very real way you are judges - - judges of the facts. Your only interest is to seek the truth from the evidence in the case.

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

8

PROPOSED JURY INSTRUCTION NO. 7
(11th Pattern Instruction No. 8)
Election Of Foreperson
Explanation Of Verdict Form(s)

When you go to the jury room you should first select one of your members to act as your foreperson. The foreperson will preside over your deliberations and will speak for you here in court. A form of verdict has been prepared for your convenience.

[Explain verdict]

You will take the verdict form to the jury room and when you have reached unanimous agreement you will have your foreperson fill in the verdict form, date and sign it, and then return to the courtroom.

If you should desire to communicate with us at any time, please write down your message or question and pass the note to the marshal who will bring it to our attention. We will then respond as promptly as possible, either in writing or by having you returned to the courtroom so that we can address you orally. We caution you, however, with regard to any message or question you might send, that you should not tell us your numerical division at the time.

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

9

PROPOSED JURY INSTRUCTION NO. 8
(Telephone Consumer Protection Act and Damages)

Mr. Hines seeks damages under the Telephone Consumer Protection Act. The TCPA states that "It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service"

The Court has already determined that CMRE Financial Services, Inc. violated the TCPA by placing 153 (or 123)[1] calls to Mr. Hines cellular telephone number using an automatic telephone dialing system. Therefore, you did not need to consider whether CMRE Financial Services, Inc. violated the TCPA, the only matter for your consideration is whether those violations were willing or knowingly made.

If you find that CMRE Financial Services, Inc. willingly or knowingly violated the TCPA, then you may award damages of up to $1,000.00 per call.

Authority:

47 U.S.C § 227 (b)(1)(A)(iii), 47 U.S.C § 227(b)(3)(B), 47 U.S.C § 227(b)(3)(C)

_____ GIVEN

---

[1] At summary judgment the Court found 123 violative calls (DE 48), however since that time the parties have stipulated in their joint pre-trial stipulation that the count was 153 calls. See Statement of Uncontested Facts, No. 1, Joint Pre-Trial Stipulation, (DE 51). Plaintiff contends that under Rule 50, Plaintiff is now entitled to judgment as a matter of law regarding the additional 30 calls and thus that issue should not go to the jury.

_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN

PROPOSED JURY INSTRUCTION NO. 9
(Willfully or Knowing Standard under the TCPA)

The issue for your consideration is whether or not the Defendant willfully or knowingly violated the TCPA. Plaintiff has the burden of proving willfulness or knowingly by the preponderance of the evidence. Your are instructed that "knowingly" means that the Defendant realized what it was doing and was aware of the nature of its conduct. It means that it did not act through ignorance, mistake or accident. Knowledge may be proven by the defendant's conduct and by all facts and circumstance surrounding the case. Willfully means that the act was committed voluntarily and purposely, with the specific intent to do something the law forbids; that is, with reckless disregard either to disobey or to disregard the law.

Authority:

Two Judges in the Southern District have given this same instruction:

Pollock v Bay Area Credit. Case No.: 08-61101-Civ-Dimitrouleas/Snow (S. D. Fla. August 18, 2009) Jury Instruction, page 9 of 12 (DE 63).

Moise v Credit Control Services, Inc. Case No.: 11-60026-Civ-Seitz/Simonton (S. D. Fla. October 26, 2011) Jury Instruction, page 15 of 17 (DE 65)

_____ GIVEN
_____ GIVEN AS MODIFIED
_____ DENIED
_____ WITHDRAWN