# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 13-61616-Civ-Cohn/Seltzer

PATRICK M. HINES,

    Plaintiff,

v.

CMRE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, Patrick M. Hines, proposes that the members of the venire be asked the following questions:

1. Has any member of the venire ever been contacted by a debt collection agency?

   a. How did the collections agency contact you—by letter, telephone or both?

   b. Did you feel as though the collector treated you professionally or did you feel harassed or abused?

   c. Was there anything about that experience which would interfere with your ability to consider the facts in this case fairly and impartially?

2. Does any member of the venire have a family member or close friend that has been contacted by a debt collection agency?

   a. Was there anything about that experience which would interfere with your ability to consider the facts in this case fairly and impartially?

3. Does any member of the venire work for a law firm or other company that collects debts as all or part of its business?

4. Does any member of the venire have a family member that works for a law firm or other company that collects debts as all or part of its business?

5. Does any member of the venire work for or with an entity that assists individual consumers with problems concerning their credit or debt collection?

6. Does any member of the venire have a family member working for or with an entity that assists individual consumers with problems concerning their credit or debt collection?